**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DARYL ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 2:19-cv-00043-JTM-JEM |
| | ) | |
| v. | ) | |
| | ) | |
| COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; and COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Rule 41(a)(1)(A)(ii), with each party bearing that party's own fees and costs.

Dated: September 5, 2019

                                                                                         Respectfully submitted,

                                                                                      *s/Fred Schultz*
                                                                              Fred Schultz, #19554-53
                                                                              Greene & Schultz
                                                                              520 North Walnut Street
                                                                              Bloomington, IN 47404
                                                                              Telephone:    (812) 336-4357
                                                                              Facsimile:     (812) 336-5615
                                                                              Email: fred@greeneschultz.com
                                                                              *Attorneys for Plaintiff*

    *s/Nicholas C. Pappas*
Nicholas C. Pappas
Frost Brown Todd, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: 317-237-3800
Facsimile: (317) 237-3900
Email: npappas@fbtlaw.com
*Attorneys for Defendants*